AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| RICHARD CASHDOLLAR | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-CV-cv-00384-WTL-DKL |
| COOK INCORPORATED, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Cashdollar.

Date: 02/06/2017

/s/ David C. DeGreeff
*Attorney's signature*

David C. DeGreeff, MO Bar No. 55019
*Printed name and bar number*

4740 Grand Ave., Suite 300
Kansas City, MO 64112

*Address*

ddegreeff@wcllp.com
*E-mail address*

(816) 701-1100
*Telephone number*

(816) 531-2372
*FAX number*