# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| RICHARD CASHDOLLAR | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:17-CV-00384-WTL-DKL |
| COOK INCORPORATED, et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Cashdollar

Date: 02/06/2017

/s/ Thomas P. Cartmell
*Attorney's signature*

Thomas P. Cartmell, MO Bar No. 45366
*Printed name and bar number*

4740 Grand Ave., Suite 300
Kansas City, MO 64112

*Address*

tcartmell@wcllp.com
*E-mail address*

(816) 701-1100
*Telephone number*

(816) 531-2372
*FAX number*